Driscoll v NY Dist. Assemblies of God (2026 NY Slip Op 00746)

Driscoll v NY Dist. Assemblies of God

2026 NY Slip Op 00746

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

987 CA 24-01798

[*1]FREDERICK DRISCOLL, PLAINTIFF,
vNY DISTRICT ASSEMBLIES OF GOD, DEFENDANT. 
NY DISTRICT ASSEMBLIES OF GOD, THIRD-PARTY PLAINTIFF-RESPONDENT,
vLAKES CHURCH, LAKES CHURCH-AUBURN, THIRD-PARTY DEFENDANT-APPELLANT. 

O'CONNOR, O'CONNOR, BRESEE & FIRST, P.C., ALBANY (CAROL E. CRUMMEY OF COUNSEL), FOR THIRD-PARTY DEFENDANT-APPELLANT.
LAW OFFICES OF REINERS & ROSENBERG, NEW YORK CITY (SOPHIA M. CANDELA OF COUNSEL), FOR DEFENDANT AND THIRD-PARTY PLAINTIFF-RESPONDENT.
STANLEY LAW OFFICES, SYRACUSE (ANTHONY R. MARTOCCIA OF COUNSEL), FOR PLAINTIFF. 

 Appeal from an order of the Supreme Court, Onondaga County (Gerard J. Neri, J.), entered August 22, 2024, in a personal injury action. The order, insofar as appealed from, denied the motion of third-party defendant to dismiss the third-party complaint. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on November 15, December 4 and 10, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court